**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

| | |
|---|---|
| LEVI ARTHUR FEDD, : | |
| Plaintiff : | |
| v. : | CASE NO. 7:10-CV-127 (HL) |
| LARRY BYRD, et al, : | |
| Defendants : | |

## ORDER ON REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

The Recommendation of the United States Magistrate Judge (Doc. 9) filed January 25, 2011 has been read and considered and is, hereby, approved, adopted and made the Order of the Court.

No objections were filed to the Magistrate Judge's Recommendation within the time allowed.

**SO ORDERED,** this the 23rd day of February, 2011.

*s/ Hugh Lawson*
**HUGH LAWSON, Senior Judge
United States District Court**